1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                     * * *

9    J&J SPORTS PRODUCTIONS, INC.,          Case No. 2:12-cv-01904-MMD-PAL

10                          Plaintiff,
                                                          ORDER
11        v.
                                            (Plf.'s Motion for Default Judgment
12   TOMASA CHAVEZ, et al.,                         – dkt. no. 13)

13                          Defendants.

14

15        Before the Court is Plaintiff J&J Sports Productions, Inc.'s ("J&J") Motion for

16   Default Judgment. (Dkt. No. 13.)  Defendants Tomasa Chavez and Elizabeth Garcia

17   have not responded.

18        J&J is a California corporation that distributes and licenses sporting events. J&J

19   claims that at the time of the events at issue in the Complaint, it possessed the exclusive

20   nationwide commercial distribution rights to "'Tactical Warfare': Manny Pacquiao v.

21   Antonio Margarito, WBO Light Middleweight Championship Fight Program" ("Program").

22   The Program was telecast nationwide on November 13, 2010. J&J states that it entered

23   into sublicensing agreements with commercial entities, such as hotels, casinos, bars,

24   and restaurants, across North America, including Nevada. Sublicensing provides

25   commercial entities limited rights to uses of the Program, including publically

26   broadcasting it. J&J alleges that the Program was broadcast at El Pollo Real, a Las

27   Vegas business, without a sublicensing agreement. Defendants apparently do business

28   as El Pollo Real, or are otherwise purportedly responsible for El Pollo Real's broadcast.

1        J&J's request for default judgment is deficient and will be denied with leave to re-

2   file. J&J briefly states the allegations against Defendants, informs the Court that

3   Defendants Tomasa Chavez and Elizabeth Garcia have been served with a summons

4   and the Complaint, explains that Defendants have not answered the Complaint or

5   defended the action in any way, and seeks actual, statutory, and punitive damages.

6   Matthew Reynolds, counsel to J&J, submitted an Affidavit in Support of Request for

7   Default Judgment that requests money damages in the amount $112,200. However, J&J

8   did not file a memorandum of points and authorities in support of its motion, as required

9   by Local Rule 7-2(d). *See* Local Rule 7-2(d) (failure to file points and authorities in

10  support of a motion constitutes consent to its denial). J&J also did not address the

11  relevant legal standard governing the award of default judgment, *see Eitel v. McCool*,

12  782 F.2d 1470, 1471-72 (9th Cir. 1986), and did not apply the facts of this case to that

13  standard. Without enough facts to support J&J's claim for relief or its calculation of

14  damages, the Court denies the Motion.

15       Accordingly, IT IS HEREBY ORDERED that Plaintiff J&J Sports Productions,

16  Inc.'s Motion for Default Judgment (dkt. no. 13) is DENIED. J&J may re-file its motion

17  consistent with the applicable Local Rules and legal standards as set forth above.

18

19       DATED THIS 21st day of June 2013.

20

21

22                                   _____
                                     MIRANDA M. DU
23                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28