AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

J&J Sports Productions, Inc.

Plaintiff,

V.

Tomasa Chavez, et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01904-MMD-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff J&J Sports Productions, Inc. and against Defendants Tomasa Chavez and Elizabeth Garcia. The Clerk is instructed to enter judgment in favor of J&J and against Defendants in the amount of $110,000.00 for violations of 47 U.S.C. Section 605(e)(3)(B)(iii) and (c)(ii) and $2,200.00 for conversation.

July 14, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk